**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02839-LTB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

D. ALLRED, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Complaint and action were dismissed on December 8, 2011. Plaintiff's "Second Motion for Correction of the Case Title," Doc. No. 16, is denied as moot.

Dated: December 13, 2011