**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02839-LTB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

D. ALLRED, et al.,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a "Motion for Clarification of Dismissal Order & Judgment," Doc. No. 28, on December 7, 2011. In response to the Motion, Plaintiff is instructed that this action was dismissed **without prejudice and if he desires he may raise his claims in a new action**. He, however, in any new action is subject to the same requirements set forth in this action. The response to the Motion for Clarification discharges the motion.

    Furthermore, the Motion to Withdraw, Doc. No. 26, is denied as unnecessarily filed in this Court.

Dated: December 28, 2011